UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHARON P. BOLLINGER | * | CIVIL ACTION |
| WIFE OF/AND JAMES BOLLINGER | * | No.: 3:08cv00102 |
| | * | |
| VERSUS | * | JUDGE POLOZOLA |
| | * | |
| JEFFERY S. HENDRIX, | * | MAGISTRATE DALBY |
| EMPIRE EXPRESS INC. and | * | |
| CHEROKEE INSURANCE COMPANY | * | JURY TRIAL: |

## ORDER OF CONSOLIDATION

Considering the foregoing Motion to Consolidate;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the action entitled, "*Sharon P. Bollinger Wife of/and James Bollinger*" bearing case number 3:08 cv 00102, Judge Polozola, Magistrate Dalby, be consolidated with the lower numbered matter, "*Nick Domiano versus Cherokee Insurance Company, Empire Express, Inc., and Jeffrey S. Hendrix*" bearing case number 3:08 cv 00094, Judge Parker, Magistrate Noland, pursuant to Federal Rule of Civil Procedure 42 (a).

This 30th day of May, 2008, in Baton Rouge, LA.

FRANK J. POLOZOLA
U. S. DISTRICT JUDGE

JOHN V. PARKER
U. S. DISTRICT JUDGE